**Order entered March 10, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00719-CR
No. 05-19-00724-CR
No. 05-19-00726-CR
No. 05-19-00727-CR
No. 05-19-00731-CR
No. 05-19-00733-CR
No. 05-19-00734-CR
No. 05-19-00750-CR

**MICHAEL DON GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 296-80901-2018, 296-80914-2018, 296-81450-2018,
296-81451-2018, 296-81453-2018, 296-81455-2018, 296-81454-2018,
296-81452-2018**

## ORDER

This case has been submitted. The State asserts there is an inaccuracy in the reporter's record. On pages 185 and 186 of the reporter's record for the open plea hearing of March 28, 2019, the trial court told appellant that the penalty range for the offenses in cause numbers 296-80901-2018, 296-80914-2018, 296-81450-2018, and 296-81452-2018 was "25 years to 99 years or life in prison." According

to the reporter's record, the trial court then sentenced appellant to "15 years confinement." The State asserts the trial court's statements in the reporter's record that the sentence in these cases is "15 years confinement" are typographical errors. Appellant has not agreed that the reporter's record is inaccurate.

Pursuant to Texas Rule of Appellate Procedure 34.6(e)(2), (3), we **ORDER** the trial court to conduct a hearing with the court reporter present and determine whether the reporter's record is inaccurate concerning the sentences assessed. If the trial court determines the reporter's record is inaccurate, the trial court shall order the court reporter to conform the reporter's record to what occurred in the trial court and to file a corrected volume of the open plea hearing held on March 28, 2019, in this Court within fifteen (15) days of the trial court's order.

We **ORDER** the trial court to make findings of fact concerning whether the reporter's record is inaccurate and to file those findings with this Court within **THIRTY DAYS** of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable John Roach, Jr., Presiding Judge of the 296th District Court, to Janet L. Duggar, Official Court Reporter in and for the 296th District Court, and to counsel for all parties.

We **ABATE** this appeal for the trial court to hold the hearing. The appeal will be reinstated when the trial court's findings of fact and, if appropriate, the corrected reporter's record, are filed with this Court, or within thirty days of this order, whichever comes first.

/s/    LANA MYERS
PRESIDING JUSTICE